■ EDWARD P. GIAIMO, JR., Respondent, v SUZANNE BICJAN, Appellant. — Three orders of the Appellate Term of the Supreme Court, First Department, each entered on March 20, 1984, unanimously affirmed, without costs and without disbursements. Appellant's time within which to cure is extended until 10 days after the date of this court's order. No opinion. Concur — Kupferman, J. P., Sandler, Sullivan, Ross and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE RODRIGUEZ, Appellant. — Judgment, Supreme Court, Bronx County (Walter Schackman, J.), rendered on March 13, 1980, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Sullivan, Carro and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS TORRES, Appellant. — Judgment, Supreme Court, Bronx County (Jerome Reinstein, J.), rendered on March 10, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Sullivan, Carro and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL GARCIA, Appellant. — Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered on April 5, 1983, unanimously affirmed.